177 A.3d 117

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TARI D. TURPIN, A/K/A TARID TURPIN, TARI TURRIN AND TARI DEMOND TURPIN, DEFENDANT–PETITIONER.

C–408 September Term 2017
079629

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001745–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 117

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CHRISTOPHER DESA A/K/A CHRISTOPHER L. DESA, DEFENDANT–PETITIONER.

C–406 September Term 2017
079622

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005226–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.